ANGINO & ROVNER, P.C., Appellant

v.

JEFFREY R. LESSIN & ASSOCIATES P.C. and Monsour Zareii a/k/a Michael ZarreII, Appellees

No. 65 MAP 2016

Supreme Court of Pennsylvania.

ARGUED: December 6, 2016
DECIDED: February 22, 2017

Richard C. Angino, Esq., Angino & Lutz, P.C., Harrisburg, for Angino & Rovner, P.C., appellant.

Mark Thomas Richter, Esq., Jeffrey R. Lessin & Associates, P.C., Philadelphia, for Monsour Zareii a/k/a Michael Zarreii, appellee.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justices Donohue and Wecht dissent.